# UNITED STATES DISTRICT COURT

MIDDLE  DISTRICT OF  TENNESSEE

| UNITED STATES OF AMERICA V. | | | | | **EXHIBIT AND WITNESS LIST** Case Number: |
|---|---|---|---|---|---|
| PRESIDING JUDGE Trauger | | | PLAINTIFF'S ATTORNEY S. Zralek, S. Hasenauer, M.Campbell | | DEFENDANT'S ATTORNEY A.Fardon, J.Jacobson |
| TRIAL DATE (S) 11/7/19 (Preliminry Injunction) | | | COURT REPORTER Roxann Harkins | | COURTROOM DEPUTY Katheyrn Beasley |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 11/7/2019 | X | | Collective exhibit comparing designs of plaintiff and defendant |
| X | | 11/7/2019 | | | WIT: Kevin Johnston, President and CEO of Enchant Christmas |
| 2 | | 11/7/2019 | | X | Summary list of sculptures belonging to Enchant that Glowco can and can't use. |
| | 1 | 11/7/2019 | | X | Email chain between froAaron Clerk, Kevin Johnston and Chris Stacey ending on 7/11/18 |
| | 2 | 11/7/2019 | | X | Email chain between Kevin Johnston to Patrick Wallain dated 12/20/18 |
| | 3 | 11/7/2019 | | X | Invoice from Shine to Glowco of total $82,619.65 |
| X | X | 11/7/2019 | | | WIT: Patrick Wallain, President Exhibau US and Exhibau Canada (direct for both deft and pltf) |
| 3 | | 11/7/2019 | | X | Photo of Patrick Wallain with 2 women |
| 4 | | 11/7/2019 | | X | Trademark Application for Exhibau US LLC |
| | 4 | 11/7/2019 | | X | Consultany Services Agreement 7/27/16 |
| | 5 | 11/7/2019 | | X | Consultany Services Agreement 4/1/17 |
| | 6 | 11/7/2019 | | X | Global Google search |
| | 7 | 11/7/2019 | | X | List of animal designs with small pictures (4 pages) |
| | 8 | 11/7/2019 | | X | List of freelancers team payments from 1/7/19-11/4/19 |
| | 9 | 11/7/2019 | | X | Invoice from cgtrader model "deer |
| | 10 | 11/7/2019 | | X | Turbosquid Invoice $75 |
| | 11 | 11/7/2019 | | X | Upwork picture of deer jumping |
| | 12 | 11/7/2019 | | X | Image of polar bear |
| | 13 | 11/7/2019 | | X | Image of crystals on tower |
| | 14 | 11/7/2019 | | X | Images of crystal |
| | 15 | 11/7/2019 | | X | Email from Patrick Wallain to attorneys with attachments |
| | 16 | 11/7/2019 | | X | Images of Christmas animals and other designs in wire form |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| Enchant Christmas | | vs. | Glowco, et al. | | CASE NO. 3:19-0966 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Number 17 Not used as an exhibit number |
| | X | 11/7/2019 | | | WIT: Chris Stacey, CEO of Glowco, LLC |
| | 18 | 11/7/2019 | | | Calendar invitation from Chris Stacey 8/22/18 |
| | 19 | 11/7/2019 | | | 2 emails |
| | 20 | 11/7/2019 | | | Service agreement between Glowco and Exhibau |